1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  R. TRAVIS CAMPBELL (SBN 271580)
   tcampbell@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile: (415) 352-2625

6  Attorneys Defendant
   Portfolio Recovery Associates, LLC
7  erroneously sued as Portfolio
   Recovery Associates
8

9               UNITED STATES DISTRICT COURT
10              SOUTHERN DISTRICT OF CALIFORNIA
11

12  FREDERICK PALUMBO,            )  CASE NO. **'13CV2990 BEN JMA**
                                  )
13            Plaintiff,          )  **NOTICE OF REMOVAL**
                                  )
14      vs.                       )
                                  )
15                                )
                                  )
16  PORTFOLIO RECOVERY            )
    ASSOCIATES,                   )
17                                )
              Defendants.         )
18  _____)

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2       PLEASE TAKE NOTICE that defendant Portfolio Recovery Associates, LLC erroneously sued as Portfolio Recovery Associates ("Defendant"), hereby removes to this Court the state court action described below.

     1.     On June 6, 2013, a complaint was filed against Defendant by plaintiff Frederick Palumbo ("Plaintiff") in an action pending in the Superior Court of the State of California in and for the County of San Diego, entitled *Palumbo v. Portfolio Recovery Services*, case number 37-2013-00309734-SC-SC-CTL. A copy of the state court Claim and Order to Go to Small Claims Court and Application, Declaration, and Order to Serve the Secretary of State that were served on Defendant are attached hereto as **Exhibit A**.

     2.     In the Complaint, Plaintiff alleges that he resides in San Diego, California. *See* Ex. A, Complaint at ¶ 1. Accordingly, Defendant is informed and believes that Plaintiff is a citizen of the State of California.

     3.     This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant was served on November 16, 2013. *See* Cal. Corp. Code § 17061(c)(1) (service is complete ten days after complaint is delivered to the California Secretary of State).

## JURISDICTION

     4.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the Complaint asserts claims against Defendant allegedly arising under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq*. *See* Exhibit A, Complaint, ¶ 3 ("Portfolio has continued to contact Plaintiff by telephone 2-3 X per week for the last 3 years dispite [sic] Plaintiff protestations & written demands to cease & didn't . . . Federal & State FPC Act mandate $1000 compensatory damages per Violation"), SC-100, Item 3

1  (Defendant "has contacted [Plaintiff] past 8:[00] p.m. at night and Saturdays [and]
2  Sundays in further violation of federal [and] state F.D.C.P. Act").

3        5.    As the Complaint was filed in the Superior Court of the State of
4  California, County of San Diego, venue in this District is proper. *See* 28 U.S.C. §
5  1441(a) (providing for removal "to the district court of the United States for the
6  district and division embracing the place" where the state court action is pending); 28
7  U.S.C. § 84(d) (The Southern District comprises the counties of Imperial and San
8  Diego).

9        6.    Defendant is represented by the undersigned.

DATED: December 12, 2013

SIMMONDS & NARITA LLP
TOMIO B. NARITA
R. TRAVIS CAMPBELL

By: /s/ R. Travis Campbell
R. Travis Campbell
Attorneys for defendant
Portfolio Recovery Associates, LLC
erroneously sued as Portfolio Recovery
Associates

# Exhibit A

**DEBRA BOWEN** | SECRETARY OF STATE | STATE OF CALIFORNIA
BUSINESS PROGRAMS | BUSINESS ENTITIES
1500 11th Street, 3rd floor | Sacramento, CA 95814 | Tel (916) 657-5448 | www.sos.ca.gov

November 13, 2013

**RECEIVED**

DEC - 5 2013

By General Counsel

PORTFOLIO RECOVERY ASSOCIATES
140 CORPORATE BOULEVARD
NORFOLK, VA 23502

RE:   PALUMBO vs. PORTFOLIO RECOVERY ASSOCIATES, Superior Court of California, County of San Diego, Case No. 37-2013-00309734-SC-SC-CTL

The enclosed documents pertaining to the above referenced action were delivered to Regina DiLoreto, Deputy Secretary of State, on November 6, 2013.

In accordance with statutory requirements, the documents are being forwarded to you.


Jana Castro
Deputy Secretary of State

Encl.
Certified Mail
rrr

13-309734-SC-SC-CTL
12/14/13
9:15 AM
D-1

**PARTY WITHOUT ATTORNEY** (Name and address):
Frederick Palumbo
209 Front Street #1508    619-546-2296
S.D. Ca 92101

TELEPHONE NO.:    FAX NO.(Optional):

**FOR COURT USE ONLY**

2013 OCT 10 PM 3:57

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☒ CENTRAL DIVISION, KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020
☐ EAST COUNTY DIVISION, RAMONA, 1428 MONTECITO RD., RAMONA, CA 92065
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910

**PLAINTIFF(S)** Palumbo

**DEFENDANT(S)** Portfolio Recovery Associates

**APPLICATION, DECLARATION, AND ORDER TO SERVE THE SECRETARY OF STATE**

**CASE NUMBER** 37-2013-009734-SC-SC-CTL

## APPLICATION

Plaintiff __Palumbo, Frederick__ requests that the court issue an order permitting service on the Office of the Secretary of State on behalf of defendant __Portfolio Recovery Assoc__, a corporation/LLC, in the above-entitled action. This request is based on this declaration and the records or evidence on file with the court.

## DECLARATION IN SUPPORT OF REQUEST

I am a plaintiff in this action. The defendant corporation/LLC is subject to the jurisdiction of this court because __it conducts a collection business in California on a continual basis.__

Mailing by the Office of the Secretary of State to the defendant's address at: __140 Corporate Boulevard Norfolk, Va. 23502__ will accomplish actual notice to the corporation/LLC.

I have verified with the Office of the Secretary of State that:

☒ The defendant corporation/LLC has no designated agent for service of process nor any officers or agents in the State of California.

☐ The designated agent resigned and has not been replaced or is no longer authorized to act.

☐ The agent cannot with reasonable diligence be found at the address designated for personally delivering the process and that process against the defendant corporation/LLC cannot be served with reasonable diligence upon the designated agent by hand.

☐ Additional facts are stated on an attached declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/03/2013    _[signature]_
Signature of Declarant

## ORDER

The court having considered the application and good cause appearing, IT IS SO ORDERED:

1. That the plaintiff's claim be personally delivered to the Secretary of State and service accepted on behalf of defendant __PORTFOLIO RECOVERY ASSOCIATES__, a corporation/LLC that has been doing business in the State of California but has not designated an agent for service of process, and has no corporate officers or agents located in the State of California.

2. That the Secretary of State shall promptly give notice to the above-referenced defendant corporation/LLC by serving a copy of this order and the plaintiff's claim filed against the defendant corporation/LLC at the following address:
__140 CORPORATE BOULEVARD NORFOLK, VA 23502__

Date: 10/11/13    _[signature]_
Judge/Commissioner of the Superior Court

SDSC SC-042 (Rev 4/11)    **APPLICATION, DECLARATION, AND ORDER TO SERVE THE SECRETARY OF STATE**

# SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

*Clerk stamps date here when form is filed.*

FILED
Clerk of the Superior Court

JUN 06 2013

## Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

**Superior Court of California, County of**
San Diego
8950 Clairemont Mesa Blvd
San Diego, CA 92123

*Clerk fills in case number and case name:*

**Case Number:** 37-2013-00309734-SC-SC-CTL

**Case Name:** Palumbo vs. Portfolio Recovery Associates

## Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | 10/02/2013 | 02:15:00 PM | KM-1 | |
| 2. | DEC 18 2013 | 9:15 AM | KM-1 | |
| 3. | WRITTEN REQUEST FOR CONTINUANCE MUST INCLUDE A $10.00 FEE AND BE SUBMITTED AT LEAST 10 DAYS BEFORE TRIAL | | | |

Date: 07/17/2013  Clerk, by Aida Cruz, Deputy

## Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: www.courts.ca.gov/smallclaims/forms.
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**

SC-100, Page 1 →