1  Joanne Hayo
2  220 Voorhis Ave
   New Milford, NJ 07646

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE HAYO, Trustee for the Frederick Palumbo Living Trust,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br><br>Defendant. | CASE NO. 13-CV-02990-BEN-JMA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1  NOTICE IS HEREBY GIVEN that Joanne Hayo, Trustee of Frederick Palumbo's
2  Living Trust, and substituted plaintiff herein, pursuant to Fed. R. Civ. Pro. 41(a)(1),
3  hereby voluntarily dismisses the above-captioned action with prejudice.
4
5  DATED: February 11, 2015         By: _____
6                                        Joanne Hayo

# PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen years and am the substituted plaintiff in this action. My address is 220 Voorhis Ave, New Milford, New Jersey 07646.

I am readily familiar with the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1)  **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Liana Mayilyan
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
*Counsel for Defendant*

I declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct. Executed at New Milford, New Jersey on this 11 day of February, 2015.

Joanne Hayo